

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2024

No. 04-24-00456-CV

**IN RE** Joe D. **GONZALES**, Relator

Original Proceeding[1]

**ORDER**

On July 11, 2024, relator filed a petition for a writ of mandamus, asserting the trial court abused its discretion when it ordered the District Attorney's Office—a non-party to the underlying proceeding—to produce body camera footage, without serving it with notice or a subpoena prior to the entry of the order compelling production.[2]

After reviewing relator's petition and the mandamus record,[3] we conclude the trial court abused its discretion when it compelled production from a non-party in violation of Rule 205 of the Texas Rules of Civil Procedure. Therefore, we conditionally grant the writ of mandamus and direct the trial court to vacate the portion of its June 12, 2024 order directing the District Attorney's Office to "produce any and all body camera/interview footage from November 8, 2023, and November 14, 2023, regarding: Jorge Fernandez, Seth Hamilton Allen, John Wayne Allen, and/or an incident occurring at 16330 Axis Trail, San Antonio, Texas 78232 that can be identified as Hill Country Police Department Incident Number 230781." The writ will issue only if the trial court fails to vacate this order within fifteen days from the date of our opinion and order.

It is so **ORDERED** on October 23, 2024.

---

[1] This proceeding arises out of Cause No. 2024-CI-09317, styled *Allen Wrench Handyman & Renovation Services, Inc. v. Jorge I. Fernandez*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.

[2] The order directed the "San Antonio District Attorney's Office" to produce the footage, but no such office exists. The order was forwarded to Assistant District Attorney Brittany Malloy, of the Bexar County District Attorney's Office on July 8, 2024. Relator is the Bexar County District Attorney.

[3] This court requested responses from the real party in interest and the respondent, but neither submitted a response.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2024.

Luz Estrada, Chief Deputy Clerk